```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

LUCINDA PETTWAY FRANKLIN,   :
                            :
    Plaintiff,             :
                            :
vs.                         :   CIVIL ACTION 07-0438-CG-M
                            :
TINWOOD VENTURES, et al.,   :
                            :
    Defendants.            :

ORDER

During a telephone conference call on Friday, August 1, 2008, the parties informed the Court that this action has not been resolved. Therefore, the stay is hereby **LIFTED** and the following schedule is **SET**.

1. Any dispositive motions are to be filed not later than **August 22, 2008**.

2. A final pretrial conference is **SET** for **January 12, 2009, at 1:00 p.m., in the chambers of Chief Judge Granade in Mobile, Alabama**. The final pretrial disclosures required by Fed.R.Civ.P. 26(a)(3) are to be made on or before **December 15, 2008**.

3. Jury selection is **SET** for **February 3, 2009, at 8:45 a.m., in Courtroom 2B, United States Courthouse, Mobile, Alabama.**

DONE this 4th day of August, 2008.

                                     s/BERT W. MILLING, JR.
                                     UNITED STATES MAGISTRATE JUDGE